

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GROVER SELLERS
ATTORNEY GENERAL

Honorable Harry Benge Crozier
Chairman and Executive Director
Texas Unemployment Compensation Commission
Brown Building
Austin, Texas

Dear Sir:                           Opinion No. O-7503

Re: Does subsection 2 (19) of
the Departmental Appropri-
ation Bill of the 49th
Legislature apply to
restrict the employment
by the Texas Unemployment
Compensation Commission
of either the husband or
the wife when the other
spouse is employed by
another department of the
State Government of Texas,
and a related question.

You have requested that we furnish you an opinion
on the two questions listed below:

1. Does subsection 2 (19) of the Departmental
Appropriation Bill of the 49th Legislature apply to
restrict the employment by the Texas Unemployment
Compensation Commission of either the husband or the
wife when the other spouse is employed by another
department of the State Government of Texas?

2. On November 16, 1946, the United States
Employment Service will be returned to the State
of Texas and will become a part of the organiza-
tion of the Texas Unemployment Compensation Com-
mission. Will the above referred to section of
the Departmental Appropriation Bill apply to
those persons now employed by the United States
Employment Service when that merger is completed?

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

Honorable Harry Benge Crozier, Page 2

This department, in Opinion No. O-6985, advised the Comptroller of Public Accounts that subsection 2 (19) of the Departmental Appropriation Bill of the 49th Legislature does restrict the employment by the Texas Unemployment Compensation Commission of either the husband or the wife when the other spouse is employed by another department of the State Government of Texas. A copy of this opinion is enclosed.

Since the United States Employment Service will become a part of the Organization of the Texas Unemployment Compensation Commission when such service is returned to the State of Texas, it follows that the restrictions of subsection 2 (19) of the Departmental Appropriation Bill of the 49th Legislature will likewise apply to those persons now employed by the United States Employment Service.

We trust that the foregoing satisfactorily answers your inquiry.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By Robert O. Koch
Robert O. Koch
Assistant

ROK:ms

Enclosure